CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Michelle Rae Hersom**<br>DOB: 1972; United States | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>25-12038MJ |

Complaint for violation of 8 U.S.C. §§ 1324(a)(1)(A)(ii) & 1324(a)(1)(B)(i); 1325; 18 USC § 3

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
**COUNT 1 (Felony)** On or about September 16, 2025, in the District of Arizona, **Michelle Rae Hersom**, knowing or in reckless disregard that certain aliens had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**
**COUNT 2 (Misdemeanor)** On or about September 16, 2025, in the District of Arizona, **Michelle Rae Hersom**, knowing that certain illegal aliens had entered the United States at a time or place other than as designated by immigration officers, did knowingly assist them so that they would not be apprehended by law enforcement by transporting them in a vehicle; in violation of **Title 8, United States Code, Section 1325(a)(1)** and **Title 18, United States Code, Section 3**.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On September 16, 2025, in the District of Arizona (Lukeville), Border Patrol Agents (BPAs) were patrolling near the Gastrack gas station on State Route 85 (SR-85). Lukeville, Arizona is located at the southern end on SR-85, near mile marker (MM) 80 and consists of the Lukeville, AZ Port of Entry (POE), a gas station and a convenience store referred to as the GasTrak, a Duty-free store, and a United State Postal Service Post Office box location. This portion of SR-85 is very remote. Illegal Aliens (IAs) often hide in the desert near mile markers along SR-85 and wait to enter a predetermined vehicle northbound towards the Phoenix, AZ area. At approximately 5:47 p.m. hours, BPAs were notified via radio to be on the lookout (BOLO) for a 2012 silver Chrysler 200 sedan that was possibly in the area to pick up IAs. A Border Patrol operated camera (IFT) located a vehicle of that description at the Gastrack gas station. IFT advised that the driver of the vehicle had exited the vehicle and was walking towards the Gastrak store on her phone, turned back around and entered her vehicle. At approximately 5:46 p.m. the IFT advised that they had visual of three possible IAs walking towards the Gastrak gas station gas pumps towards the silver vehicle and entering the vehicle. BPAs were standing by, north of the gas station, waiting to intercept the vehicle for further investigation. It is common for IAs to walk to predetermined locations near the Gastrak gas station to try and blend in with public. They will be picked up by pre-arranged load up vehicles to be transported from the border to a predesignated areas in the interior United States. BPAs located and followed the vehicle. BPAs ran record checks on the 2012 silver Chrysler 200 bearing AZ license plate GPA4E1. Checks revealed the vehicle had crossed on 9/16/2025 and 9/15/2025. BPAs decided to initiate a vehicle stop to conduct an immigration inspection on the occupants. As BPAs
**Continued on next page.**

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE & NAME:<br>Nick Piccolo<br>U.S. Border Patrol Agent |
|---|---|

Sworn by telephone __X__

| SIGNATURE OF MAGISTRATE JUDGE[1]<br>Maria S. Aguilera | DATE<br>September 17, 2025 |
|---|---|

1) See Federal rules of Criminal Procedure Rules 3 and 54
Reviewing AUSA: Hopkins

25-12038MJ

**Continued from front page.**

approached the vehicle, they observed one subject sitting on the front driver seat of the vehicle, one subject in the passenger seat and another occupant on the rear seat. BPAs conducted an immigration inspection on all occupants in the vehicle, the immigration inspections revealed that the driver, later identified as **Michelle Rae Hersom,** was a United States Citizen. Record checks revealed the three passengers were citizens and nationals of Mexico who did not have the proper documentation to enter, pass through or remain in the United States legally. One of the passengers, Guadalupe Enriquez-Flores, is not a United States citizen and is a citizen and national of Mexico who was previously removed from the United States through El Paso, Texas on June 11, 2019.

After waiving her *Miranda* rights **Michelle Rae Hersom** stated she lives in Phoenix, Arizona and cleans houses for work. She stated she was contacted by an acquaintance asking if she needed some extra cash and all she had to do was "be a driver." **Hersom** agreed and was put in contact with a man who she communicated with to arrange a vehicle for her to use. She picked up the silver 2012 Chrysler 200, in Phoenix, and was given $100 USD cash for gas. She stated she made her first trip from Phoenix down to Lukeville, Arizona two days ago (September 14, 2025) to "pickup hitchhikers" but when she arrived in Lukeville she was told the hitchhikers were not "ready yet" so she returned to Phoenix. **Hersom** then stated she returned to Lukeville yesterday (September 15, 2024) sometime in the morning to "try again" and was instructed to cross the International Border into Sonoyta, Sonora, Mexico. Once in Sonoyta, **Hersom** was instructed to wait at the VIP Market for someone and then follow this person to their house. She spent the night in Sonoyta, Mexico. The next morning, she was told the people would be waiting for her at the GasTrak gas station in Lukeville, Arizona. She crossed through the Port of Entry back into the United Stated and waited at the GasTrak gas station for her passengers. She stated that when she saw the people, they already knew which car to get into, they got in, and she began to drive northbound. She stated the female got into the front and the man and kid got into the backset. She stated she did not speak to them or give them any instructions since she only speaks English and the people who got into her car did not. She admitted she knew the people she picked up and transported were illegally present in the United States and that she knew transporting illegal aliens is a crime. **Hersom** was told to drive back to Why, AZ and then go right on Highway 86 towards Tucson. She stated she went this way "because the checkpoint going that way to Tucson is closed." She stated her destination was in Phoenix, and that they were going to send her the exact location once she reached Tucson. She was going to receive $3,500 USD per person once she made it to her drop off point and that she was using her cell phone to stay in contact with her handlers. A consensual search of her cell phone revealed phone numbers and Facebook Messenger accounts of her handlers. The conversations with these contacts were also visible.